UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Dawn Thomas O'Dell            : CIVIL ACTION
            v.                :
United States Government      :
     et al                    : NO.  07 - 1094

**FILED**
MAR -1 2007
_____ Dep. Clerk

## MOTION TO PROCEED IN FORMA PAUPERIS

_____
Signature

105 Kendalic Circle
Spring Branch TX 78070
Address

Dawn O'Dell
Print your name

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Daniel Thomas O'Dell
Full name of Plaintiff

FILED
MAR -1 2007
_____ Dep. Clerk

v.

United States Government
Defendant(s) Phillip Burg et al

Civil Action No. _____

From: 2:03-cv-05273-ER

I, Daniel O'Dell, declare under the penalty of perjury, that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1.) Are you presently employed?    Yes ☐    No ☑
   a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. Disabled / Spinal Injury - Implants

2.) Have you received within the past twelve months any money from any of the following sources?
   a.) Business, profession, or form of self-employment?    Yes ☐    No ☑
   b.) Rent payments, interest, or dividends?    Yes ☐    No ☑
   c.) Pensions, annuities, or life insurance payments?    Yes ☐    No ☑
   d.) Gifts or inheritances?    Yes ☐    No ☑
   e.) Any other sources?    Yes ☑    No ☐
   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. Social Security

3.) Do you own cash, or do you have money in a checking or savings account?    Yes ☑    No ☐
   If the answer is "yes", state the total value of the items owned. 60.

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   If the answer is "yes", describe the property and state is approximate value.    Yes ☑    No ☐
   Corolla Sprite Bella Tx - House is valued at 125,000 - But is under Federal Bankruptcy Protection

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. Social Security
   My money is garnished by the State of Texas + The Federal Court Bankruptcy Plan

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED ON  ODell 3/1/07
                (Date)

ODell
(Plaintiff's Signature)