CAUSE NO 07-1094
IN THE UNITED STATES COURT OF APPEALS
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**RECEIVED** APR 30 2007 DANIEL THOMAS O'DELL CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY VS DEPUTY

**FILED** MAY 7 2007 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

07-1094-file

Appealed 636993 Travis County
*2:03 cv-05273-er Eastern District Of Pennsylvania*

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
APR 23 2007

Silverstein Properties, Larry Silverstein §
United States Government,
Dianne Feinstein, Fox Broadcasting
*Defendants*

FILED _____
DOCKETED _____
DATE _____ INITIAL _____

### ADDENDUM TO APPEAL

Now Comes Danny O'Dell, Appellant while Movant in the above while aforementioned cause filing this his Addendum To Appeal; filed in accordance to United States Federal Rules Of Appellate Procedure and the United States Constitution showing to the jurisdiction the following to wit:

### SERVICE

1. Jennifer Gaston 4011 McKinney Falls parkway Austin Texas 78744

2. Larry Silverstein 250 Greenwich Street 38th Fl. New York New York 10007

3. Fox Broadcasting 10000 Santa Monica Blvd Los Angeles CA 90025

4. Dianne Feinstein 11111 Santa Monica Blvd Suite 915 Los Angeles CA 90025

### JOINT JURISDICTION / NOTIFICATION

In this cause International crimes coupled with military and foreign affairs; places this under joint jurisdiction with the United States Sentencing Commission; located Thurgood Marshall Federal Judiciary Building, Suite 2-500 South Lobby One Columbus Circle N.E. Washington DC 20002-8002.

1. Federal Contract Fraud Halliburton Corporation.

2. Securities Exchange Commission Fraud

3. Criminal Conduct of Alberto Gonzales and John Ashcroft, cause 636993.

The Appellant is being sentenced while his automobile has been taken with his home fraudulently under Foreclosure Western District Of Texas Cause 06-50773K.

### TITLE 28 USC 994 Public Hearing is Demanded.

In this cause Harriet Miers attorney for George W. Bush president of the United States did so cause members of the Federal Judiciary to intervene in cause 636993 Travis County Texas, a law suit charging High Treason against Attorney General John Cornyn and the then Governor George W. Bush. Thus Jennifer Gaston a Texas State probation officer is following Federal Orders, while State Laws have fallen MOOT. This Federal Control by way of the Texas Court of Appeals as filed in the United States Supreme Court Appeal Case No 03-04-00427 January 27, 2006, is in violation of United States Federal Penal Codes, Abuse of Official Capacity, Treason and Mass Murder of United States Citizens, supplemented by Federal and State Judicial Fraud.

### FACTS

In this cause the severity of the situation is dire, personal knowledge of George Hubert Walker Bush killing persons under rule of thumb authorized by the Central Intelligence Commission. His wife Barbara Bush is in full awareness and co-conspired being Accessory before the fact. This deadly knowledge has brought into the ring of cover up Federal Judge Edith Jones, 5th Circuit. Ms. Jones did so conspire to cover up killings of the Negro Population in New Orleans during the Katrina Hurricane Disaster. Demand For Issuance of Certificate Of Appealability Pursuant to 28 USC § 2253 has been ignored with no response.

### EVIDENCE

Evidence of Mass Murder as ordered by George W. Bush is now overwhelming. With

more than 40 hours video evidence of the explosions, with detonations on every level of WTC 1, 2 and WTC 7. Witnesses documentation with expert testimony; has now over come any doubt the contrary. The abundance of evidence in this cause is interlocutory in cause 2:07-cv-00471-RCJ-GWF United States District Of Nevada. Therewith Sarin gas was manufactured to kill those passengers on flights 77, 93, 11 and 175 and at no time did these aircraft strike any buildings.

### NEW WORLD ORDER

Evidence is showing manipulation of the United States Presidency by wealthy Corporations and influential persons. However in this cause direct evidence shows that Dick Chaney and George W. Bush did so order the strikes on the world trade center. In an oversight to erase by the killing of Danny O'Dell a true witness to the Judicial Abuses of Harriet Miers, Edith Jones and other persons in the Federal Judiciary brings this matter to appeal.

### PUBLIC HEARINGS

The appellant Danny O'Dell remains indigent and thereby demands A Public Hearing to show evidence for the perusal of the United States Sentencing Commission and Members of the United States District Court Southern District Of California to be held at the Federal Court House Austin Texas.

Filed this 14th day of April in the year of our Lord 2007          Submitted

OJO
Danny O'Dell
Pro Se
105 Kendalia Circle
Spring Branch Texas 78070

### CERTIFICATION

The above while affixed signature certifies that a true while exact copy of this legal filing has been sent to the proper jurisdiction.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA



**DANIEL THOMAS O'DELL**
*Appellant*

Vs §

§
§
§

07-1094

*Appealed from 2:03 cv-05273-er*
*Eastern District Of Pennsylvania*
*Cross Appeal Cause 636993*
*Travis County Texas*

**SILVERSTEIN PROPERTIES**
**LARRY SILVERSTEIN**
**UNITED STATES GOVERNMENT**
**DIANNE FEINSTEIN**
**FOX BROADCASTING**
*Appellee's*



## NOTIFICATION OF APPEAL

Now Comes Danny O'Dell, Appellant in the above while aforementioned cause filing this his Notification of Appeal, filed in accordance to United States Federal Rules of Appelate Procedure showing to the jurisdiction the following to wit:

### SERVICE

**ENTERED**

**APR 1 2 2007**

**CLERK OF COURT**

1. Jennifer Gaston 4011 McKinney Falls Parkway Austin Texas 78744
2. Larry Silverstein 250 Greenwich Street 38th Fl. New York New York 10007
3. Fox Broadcasting 10000 Santa Monica Blvd. Los Angeles CA 90067
4. Dianne Feinstein 11111 Santa Monica Blvd Suite 915 Los Angeles CA 90025

FILED APR 1 1 2007

### FACTS

In this cause a conspiracy has arisen that has allowed Harriet Miers attorney for George W. Bush to instruct while blockading the Federal Courts and thus denying due process of law. On September 11, 2001 the Transmitter Tower on Building one of the world trade center was blown down, video evidence is now available. This required extensive placement of detonation devices, up on and under the tower and in and on Level 110 the

4/11/07