IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
                              :   CIVIL ACTION
DANIEL THOMAS O'DELL          :   NO. 07-1094
                              :
     Plaintiff,               :
                              :
v.                            :
                              :
                              :
SILVERSTEIN PROPERTIES        :
et al.,                       :
                              :
     Defendants.              :
```

## O R D E R

**AND NOW**, this **19th day of July, 2007,** it is hereby

**ORDERED** that this action shall be **DISMISSED** as frivolous and the

case marked as **CLOSED.**

It is **FURTHER ORDERED** that the motion to proceed in forma

pauperis is **DENIED** as moot.[1]

_____

1.   An action filed by a litigant proceeding in forma pauperis
is subject to dismissal at any time if it lacks an arguable basis
in law or fact.  See 28 U.S.C. § 1915(e)(2)(B)(i); Neitzke v.
Williams, 490 U.S. 319, 325 (1989).  Here, Plaintiff's action is
frivolous for two reasons.

     Plaintiff states that this action is as an "[a]ppeal[] from
2:03 cv-05273-er Eastern District of Pennsylvania," styled as
Mariani v. the United States of America, et al. (doc. no. 3).
Mariani, like the instant action, alleged a conspiracy by the
United States government and various other individuals to cause
the events that took place on September 11, 2001.  Compare
Plaintiff's Notification of Appeal (No. 07-CV-1094, doc. no. 3)
with Complaint (No. 03-CV-5273, doc. no. 1).  The Court
ultimately dismissed Mariani on April 16, 2004 (doc. no. 17).
The Third Circuit subsequently dismissed an appeal of Mariani on
July 1, 2004 (doc. nos. 28, 29).  In the meanwhile, because of
numerous frivolous motions filed in the previous action, the
Court enjoined the filing of any further motions unless leave was
granted by the Court (doc. no. 23).

**AND IT IS SO ORDERED.**

　　　　　　　　　　　 s/Eduardo C. Robreno
　　　　　　　　　　**EDUARDO C. ROBRENO, J.**

―――――――――――――

　　　As the Third Circuit has recognized, albeit in an
unpublished case, res judicata is a proper basis for dismissal
under 28 U.S.C. § 1915(e)(2)(B).  <u>See</u> <u>Gimenez v. Morgan Stanley
DW, Inc.</u>, 202 Fed. Appx. 583 (3d Cir. 2006) (citing <u>Gleash v.
Yuswak</u>, 308 F.3d 758, 760-61 (7th Cir.2002).  Here, Plaintiff is
attempting to relitigate a claim that was already dismissed, and
thus his claim is frivolous.  <u>See</u> <u>CoreStates Bank, N.A. v. Huls
America, Inc.</u>, 176 F.3d 187, 194 (3d Cir. 1999).

　　　Plaintiff's claim is also frivolous because it purports to
be an appeal of <u>Mariani</u>, a case which the Court and later the
Third Circuit Court have already dismissed.  It is elementary
that an appeal of a previously dismissed case cannot be lodged in
the federal district court in which the case was originally
dismissed.  Thus, for this reason too, Plaintiff's claim must be
dismissed as frivolous.