NO 07-1094

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DANIEL THOMAS O'DELL**
    **Plaintiff**

Vs

[   Civil Action
    Counter Claim
]    Cause 636993 Travis County
     Texas

**SILVERSTEIN PROPERTIES**    [
**COMP USA**
**UNITED STATES GOVERNMENT**
**GEOGE W. BUSH**
**GEORGE CLOONEY**
Et al

# ADDENDUM
# AND
# NOTIFICATION OF APPEAL

**Now Comes** Danny O'Dell Plaintiff while appellant in the above while aforementioned cause filing this his Addendum And Notification Of Appeal, filed in accordance to United States Rules of Appellate Procedure; showing to the citizenry with the Jurisdiction of the court the following to wit:

JUDICIAL MAN SLAUGHTER

In this cause derived from cause 07-2114 USDC First Circuit, no Federal Judge has authority to disallow a jury trial. The Stupid Dog Shit Ass Fucking Holes including Eduardo C. Robreno Jr have so conspired to cover up the mass murders as committed by the George HW Bush Family a mafia group. This is not some kind of joke you stupid ass holes, this is proof of the involvement of the Federal Judiciary.

COMP USA

In this cause the Corporation known as COMP USA has deliberately utilized the

corruption with mass murder of the United States Government to falsify rebates while illegally sticking person with unlawful Replacement Plans; as submitted in the attached documents. Comp USA Inc. 14951 North Dallas Parkway, Dallas Texas 75240.

You suck ass mother fuckers will stand trial for corporate fraud aligning the massive bad faith public sales with the conspiracy to cover up Ass Hole Silverstein's mass murders. The Plaintiff was charges $ 4.99 for a service plan he did not ask or desire. COMP USA is cramming fraudulent return polices up the asses of the public. FUCK YOU AS FUCKING HOLES!

## CLooNEY

You stinky fucking ass hole butt wipe. You knew of 911 before it happened. Evidence is now being presented showing that fuck wad eating dog Peter Jennings with that ugly fucking whore Marie Disney did so have pre knowledge of the Governments Coo De Tah of 911.

## JURY TRIAL

A Jury Trial is herby demanded

Filed this 6th day of August in the year of our Lord 2007

SUBMITTED

*[signature]*

DANNY O'DELL
*"HAVE LAW WILL TRAVEL"*
105 Kendalia Circle
Spring Branch Texas 78070
Tel / Fax 830-228-5515

## CERTIFICATION

The above affixed signature certifies that a true while exact copy of this legal filing has been sent to the proper jurisdiction.

ASSHOLES!



TECHNOLOGY ASSURANCE PROGRAM | Your personal technology department. TAP IT.™

*See reverse for details.

Discount cannot be applied to previous purchases.

CASHIER RINGING INSTRUCTIONS:

Take $5 off the total purchase using the coupon tender key for the discount.

### *** WINNER ***

### *** WINNER ***

```
303604
          MEMO 10PK HD FLOPP      4.99 T
313455
          BELK ETHCRD GIG PC     29.99 T
340180
          LOGI LX3 OPTICAL M     24.99 T
318417
          BTS PREPRINT SWEEP       .00
295413
SERIAL:09785503859
          TAP 1YR RPLC $0-$4      4.99 T

****  TAX      5.28  BAL        70.24
      COMPUSA COUPON              5.00
      Cash                       66.00
      CHANGE                       .76
Trans Salesperson:0000206461
              ITEMS SOLD = 5
8/03/07 10:09 0727 05 0004 206461
```

************************************

### RETURN POLICY

*If you are not satisfied with a product you purchased from us and you return the product with the original receipt or invoice within 21 days from the original purchase or invoice date you may exchange the product or receive a refund, except as explained below.

*Computers (desktops, laptops), monitors, printers, projectors, cameras, camcorders, and GPS/Navigation systems may be returned within 14 days from the original purchase or invoice date and may be subject to a 15% restocking fee if opened (unless defective).

*Opened software, games, and videos