# NO 07-1094
## ANNUIT COEPTIS
## EYE OF GOD

## E PLURIBUS UNUM
## OUT OF MANY COMES ONE



## NOVUS ORDO SECLORUM

## NEW WORLD ORDER

*PROCEED INFORMA PAUPERIS*
*DECLARATION OF HIGH TREASON*
*TITLE 18 § 2382*

NO 07-1094
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DANIEL THOMAS O'DELL §  USDC 2:07-cv-01094
                                         Appealed No 636993
VS                       §  Travis County Texas
                                         Cross Claim No 04-60001-cr-cooke
GEORGE W. BUSH           §  Case No 06-5-0773-K
DONALD RUMSFELD             Western District Of Texas
GEORGE CLOONEY
CONDOLEEZA RICE
GEORGE TENET
COLIN POWEL
ALLIANCE GAMING INC.
MICHAEL SAVAGE
          Et al



PROCEED INFORMA PAUPERIS
DECLARATION OF HIGH TREASON
TITLE 18 § 2382

Now Comes Danny O'Dell filing this his Proceed Informa Pauperis, Declaration Of High Treason Title 18 § 2382 filed in accordance to United States Rules Of Procedure showing to the people of the World the International Tribunal at the Hague, the Citizens of the United States with the Jurisdiction of the Court the following to wit:

Title 18 § 2382

In this cause the United States District Court of Eastern Pennsylvania has so received the list of co-conspirators to Mass Murder those persons enjoined in the Mass Murders of September 11, 2001. The presidential administration including George W. Bush did so create a Coo De Tah while over throwing the sovereignty of the United States with the willful destruction by explosives of the World Trade Center Buildings 1 & 2. This Treasoness act has been presented before the court while the Court has not responded by official acknowledgement.

## UNITED STATES GESTAPO

In this cause the United States Secret Service has gained unconstitutional authority while they murder steal committing Felony acts of Treason. Agent Edwin Donnelly has threatened the lives of the Movant with his family and children. Edwin Donnelly has threatened the theft of the Movant Danny O'Dell's Social Security Benefits which are being disputed in this cause. Edwin Donnelly has also sent persons to the property of the Movant to steal in the darkness of the night Danny O'Dell's personal motor vehicle. Evidence has been presented proving the treasoness acts Committed by Secret Service Personnel.

Edwin Donnelly continues to e-mail while calling by phone the Movant Danny O'Dell's home over while over again. Threatening intimidating while plotting and conspiring to do Danny O'Dell bodily harm, this is in violation of Texas State Penal Code 42.07. These crimes against Danny O'Dell by members of that faction called United States Secret Service are minimal compared to the mass murders the Secret Service protected during the September 11, 2000 Coo De Tah; also the baby killings of the Federal Building in Okalahoma City; Including the distribution of Anthrax by United States Mail.

## FEDERAL JUDGES

It has been the standard of many United States Federal Judges to cover up the criminal conduct of Dick Cheney with his sidekick George W. Bush. What is worse is the inability of the average American Citizen to protect themselves from the Brutal Dictatorship of the United States Secret Service.

# MASS MURDERER
# OF SEPTEMBER 11, 2001



# DICK CHENEY
# WANTED FOR HIGH TREASON
## AGAINST THE PEOPLES AND THE DIGNITY OF THE UNITED STATES OF AMERICA

## PROCEED IN FORMA PAUPERIS

Danny O'Dell is a Resident of Texas while indigent, all documentation proving indigency has already been provided to the court. The court fees are wavered pursuant to the Indigent Defense Fund. This matter being a civil appeal from a criminal cause.

## MICHAEL SAVAGE

Radio Commentator Michael Savage continues to force propagandized lies to the American people attesting to his own personal acts of Treason against the United States of America.

## TRANSCRIPT PURCHASE ORDER

The Transcript purchase order has been sent to proper clerk as for transfer of documentation with records, with recordings with evidence with judicial orders.

Filed this 11th day of August in the year of our Lord 2007

Submitted

Danny O'Dell

*"HAVE LAW WILL TRAVEL"*
105 Kendalia Circle
Spring Branch Texas 78070
Tel / fax 830-228-5515